USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WUILZON ZACARIAS RUIZ RIVERA, *also known as* LUIS, *individually and on behalf of others similarly situated*, and RODOLFO HIDALGO ALBINO, *also known as* GORDO, *individually and on behalf of others similarly situated*,

    Plaintiffs,

v.

POLARIS CLEANERS 99, INC., *doing business as* POLARIS ORGANIC CLEANERS, RICHARD J AN, and RUBEN JACOB,

    Defendants.

No. 18-CV-8817 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the close of discovery, a post-discovery conference is hereby scheduled for April 10, 2020 at 3:45 PM. No later than April 3, 2020, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    March 3, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge