```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WUILZON ZACARIAS RUIZ RIVERA, et al.,

       Plaintiffs,

   -against-

POLARIS CLEANERS 99, INC., et al.,

       Defendants.

18-CV-8817 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during today's telephonic settlement conference with counsel, the parties shall file a joint letter no later than **May 29, 2020**, informing the Court whether they have reached a settlement agreement that they are prepared to submit for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). If the case is not settled by May 29, the parties shall propose a schedule for depositions and expert discovery.

Dated: New York, New York
       May 22, 2020

**SO ORDERED**.

*(signature)*

**BARBARA MOSES**
**United States Magistrate Judge**