## JUNG & ASSOCIATES
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
### 470 PARK AVENUE SOUTH, SUITE 7 NORTH
### NEW YORK, N.Y. 10016

HENRY H. JUNG

EDWARD S. FELDMAN
JOHN J. CONNOLY
OF COUNSEL

TEL: (212) 481-0800
FAX: (212) 481-0820
HJUNG@CRYSTALLAW.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2020

June 26, 2020

**VIA ECF**

Hon. Judge Barbara Moses

United States District Court

500 Pearl Street

New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> June 30, 2020

**Re: Ruiz Rivera et al v. Polaris Cleaners 99, Inc. et al (1:18-cv-08817-RA-BCM)**

Dear Hon. Judge Barbara Moses,

This firm represents Defendants in the above-referenced case. I respectfully request the extension of due dates of the following three documents to June 30, 2020: (a) a joint letter demonstrating that the settlement agreement is fair and reasonable and should be approved in light of the factors enumerated in Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); (b) a copy of the parties' fully executed settlement agreement, ; and (c) Plaintiffs' counsel's time and expense records, together with any contingency fee agreement in this action.

Defendants' counsels are still in the process of obtaining Defendants' signatures on the settlement agreement and confession of judgment, and this is the only reason why the parties are unable to submit the aforementioned three documents today. I would like to inform the Court that Plaintiffs' counsel, Mr. Clifford Tucker, has consented to this extension request.

Thank you for your attention to this matter.

Respectfully submitted,

By: /s/Henry Hong K. Jung

    Henry Hong K. Jung, Esq.